# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 182 WAL 2022
                              :
    Respondent             :
                              :  Petition for Allowance of Appeal
                              :  from the Order of the Superior Court
    v.                     :
                              :
                              :
                              :
TERRY LYNN BOWSER, PETITONER  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.